```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0085--CR (RRB)
                   "USA V DEAN BRYAN BOWER"
                 DEF 1.1 BOWER, DEAN BRYAN
```

```
Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 06/17/04
            Closed: 03/25/05
No. of Defendants: 1
   MJ Case Number: A04-0151--MJ
               AKA:
  Location status: U.S. Custody
        Trial date:
        Terminated: YES
Needs interpreter: NO
Counsel of record: Sue Ellen Tatter
                   Federal Public Defender
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3400
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Audrey J. Renschen
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 BOWER, DEAN BRYAN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(1) & 924(a)(2) FELON IN POSSESSION OF A FIREARM (F) | Sentenced (48-1) |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A04-0085--CR (RRB)
                          "USA V DEAN BRYAN BOWER"

                              For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed: 06/17/04
           Closed: 03/25/05
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 05/28/04 | [Re: DEF 1] Issued WOA. |
| NOTE - 2 | 05/28/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested on 5/28/04. |
| 1 - 1 | 06/17/04 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 06/18/04 | [Re: DEF 1] AHB Grand Jury Minutes: bail as previously set by MJ continued, set for ARR & notify USM, on pretrial release, TPC. |
| 3 - 1 | 06/18/04 | [Re: DEF 1] Documents 2-10 transferred from: A04-0151MJ to A04-0085CR (RRB). |
| 4 - 1 | 06/18/04 | [Re: DEF 1] AHB Minute Order re Arr set for 6/21/04 at 10:00 a.m. cc: USA, FPD, USM, USPO |
| NOTE - 3 | 06/21/04 | Notation: Proposed trial date setting for arraignment and notice of speedy trial act deadlines forwarded to chambers. |
| 5 - 1 | 06/22/04 | [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] re Arr on Indt hld 6/22/04; K. McCoy apptd; def pled not guilty; PTM's due 7/9/04. cc: USA, FPD, USM, USPO, Judge Beistline |
| 6 - 1 | 06/22/04 | [Re: DEF 1] AHB Order regarding preparation for trial re cnsl to meet & confer by 6/29/04; PTM's due 7/9/04. cc: USA, FPD |
| 7 - 1 | 06/28/04 | [Re: DEF 1] RRB Minute Order setting trial by jury for 8/30/04 at 8:30 a.m. and FPTC for 8/24/04 at 8:30 a.m. in courtroom #3.  cc: AUSA, FPD, USM, USPO, MJ Branson, jury clerk |
| 8 - 1 | 07/01/04 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 9 - 1 | 07/09/04 | DEF 1 Unopposed motion on shortened time to continue ptms for 5 days. |
| 10 - 1 | 07/12/04 | [Re: DEF 1] AHB Order granting Unopposed motion on shortened time to continue ptms for 5 days (9-1); mots due 7/16/04; oppos due COB 7/27/04. cc: USA, FPD |
| 11 - 1 | 07/16/04 | DEF 1 motion to suppress evidence w/att exhs. |
| 12 - 1 | 07/26/04 | [Re: DEF 1] PLF 1 Unopposed motion for 1 day ext to respond to def's mots (to 7/28/04). |
| 13 - 1 | 07/27/04 | [Re: DEF 1] AHB Order granting motion Unopposed motion for 1 day ext to respond to def's mots (to 7/28/04) (12-1).  cc: USA, FPD |
| 14 - 1 | 07/28/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence (11-1). |
| 15 - 1 | 07/29/04 | [Re: DEF 1] PLF 1 Unopposed motion for 1 1/2 hour oral argument on motion to suppress. |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A04-0085--CR (RRB)
                          "USA V DEAN BRYAN BOWER"
```

| | | | For all filing dates |

Document #   Filed      Docket text
_____  _____     _____

  16 -  1  07/29/04   DEF 1 Unopposed motion to vacate evidentiary hearing.

  17 -  1  07/29/04   DEF 1 unopposed motion for scheduling and planning conference.

  18 -  1  08/02/04   [Re: DEF 1] AHB Minute Order denying motion Unopposed motion for 1 1/2
                      hour oral argument on motion to suppress (15-1); granting motion
                      Unopposed motion to vacate evidentiary hearing (16-1); R&R will issue
                      w/in next 10 days.  cc: USA, FPD, USM, PO

  19 -  1  08/02/04   [Re: DEF 1] RRB Order granting unopposed motion for scheduling and
                      planning conference (17-1).  S&P conf set for 8/6/04 at 10:00 a.m.  cc:
                      AUSA, FPD, USM, USPO, MJ Branson

  20 -  1  08/04/04   DEF 1 reply to opposition to DEF 1 motion to suppress evidence (11-1).

  21 -  1  08/09/04   [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] S&P conf held
                      8/6/04. Def's oral mot to continue FPTC & TBJ granted.  Court found
                      excludable delay under section 3161 (h)(1)(F) pretrial motions and
                      (h)(1)(J) proceedings under advisement.   FPTC set 8/24/04 adn TBJ set
                      8/30/04 are VACATED.  FPTC reset for 10/4/04 at 8:15 a.m. and TBJ reset
                      for 10/12/04 at 8:30 a.m. to trail A04-0084 CR (RRB).  Conditions remain
                      as previously set.  cc: AUSA, FPD, USM, USPO, MJ Branosn, JC

  22 -  1  08/09/04   [Re: DEF 1] RRB Order of excludable delay under section 3161 (h)(1)(F)
                      pretrial motions and (h)(1)(J).

  23 -  1  08/11/04   [Re: DEF 1] PLF 1 Joint renewed request for Oral Argument re: DEF 1
                      motion to suppress evidence (11-1) w/att aff.

  24 -  1  08/12/04   Initial R&R re: DEF 1 motion to suppress evidence be denied (11-1); Objs
                      due 08/26/04; Reply due 09/09/04. cc: USA, FPD, Judge Beistline

  25 -  1  08/13/04   [Re: DEF 1] AHB Minute Order denying joint mot for o/a. cc: USA, FPD

  26 -  1  08/26/04   DEF 1 objection to R&R re: DEF 1 motion to suppress evidence w/att exhs.
                      (11-1).

  27 -  1  09/07/04   DEF 1 Notice of Supplemental authority re: DEF 1 motion to suppress
                      evidence (11-1).

  28 -  1  09/10/04   [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to suppress
                      evidence w/att exhs. (11-1).

  29 -  1  09/15/04   Final R&R declines to modify Initial R&R re: DEF 1 motion to suppress
                      evidence (11-1).  cc: USA, FPD, Judge Beistline

  30 -  1  09/27/04   [Re: DEF 1] RRB Minute Order denying motion to suppress evidence (11-1).
                      cc: AUSA, FPD, MJ Branson

NOTE -  4  09/29/04   {SEALED}

  31 -  1  09/29/04   {SEALED}

  31 -  2  09/29/04   {SEALED}

  32 -  1  09/29/04   {SEALED}

ACRS: R_RDSDX              As of 12/27/05 at 09:10 AM by GARRY              Page 2
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0085--CR (RRB)
"USA V DEAN BRYAN BOWER"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 1 | 10/01/04 | [Re: DEF 1] RRB Minute Order the FPTC set 10/4/04 is VACATED and RESET for 10/5/04 at 11:00 a.m. in Courtroom #3.  cc: AUSA, FPD, USM, USPO |
| 34 - 1 | 10/05/04 | [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] on FPTC (held 10/5/04); def not present; Trial date remains 10/12/04 w/no jury panel. JC to be notified on 10/12/04 if jury panel needed on 10/13/04.  cc: USA, FPD, USM, USPO, JC, Fin, ECR, MJ Branson |
| 35 - 1 | 10/12/04 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] of TBJ - day 1 (trailing A04-084 CR) (held 10/12/04); def not present; cnsls' oral mot to take matter off trial calendar GRANTED; govt's oral mot for outstanding WOA to remain in effect GRANTED.  cc: USA, FPD, USM, PO, MJ Branson, JC |
| NOTE - 5 | 11/19/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/18/04. |
| 36 - 1 | 11/23/04 | [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] re I/A on request to revoke pretrial release hld 11/22/04; request granted; bail is revoked. cc: USA, FPD, USM, USPO |
| 37 - 1 | 11/23/04 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 38 - 1 | 11/23/04 | {SEALED} |
| 39 - 1 | 11/24/04 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Trial date setting conference held 11/23/04.  FPTC set for 1/18/05 at 1:00 p.m. and TBJ is set for 1/24/05 at 8:30 a.m.   cc: AUSA, FPD, USM, USPO, MJ Branson |
| 40 - 1 | 11/24/04 | [Re: DEF 1] RRB Order of excludable delay under section 3161 (h)(8)(B)(iv)4) from 10/12/04 to 1/24/05. |
| 41 - 1 | 01/04/05 | DEF 1 Notice of Intent to change plea. |
| 42 - 1 | 01/04/05 | [Re: DEF 1] PLF 1 Consent to conditional plea. |
| 43 - 1 | 01/05/05 | [Re: DEF 1] RRB Minute Order COP hearing is set for 1/6/05 at 10:30 a.m. in Courtroom #3.  cc: AUSA, FPD, USM, USPO, MJ Branson |
| 44 - 1 | 01/06/05 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] PCOP held 1/6/05. Def changed plea to guilty on count 1 of the Indictment.  Court accepted plea.  Def referred to USPO for presentence report.  IOS set for 3/22/05 at 1:15 p.m.  TBJ set 1/24/05 & FPTC set 1/18/05 are vacated.  cc: AUSA, FPD, USM, USPO, MJ Branson, JC |
| 45 - 1 | 03/16/05 | DEF 1 Sentencing Memorandum. |
| 46 - 1 | 03/17/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 46A- 1 | 03/22/05 | DEF 1 appeal to judgment(conviction only). cc:USA, FPD, USM, PO, Judge Beistline, 9CCA |
| 47 - 1 | 03/24/05 | [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re IOS (held 3/22/05); sentence imposed as stated in the judgment. |
| 48 - 1 | 03/25/05 | [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1 of the Indictment (1-1).  Imprisonment for a term of 120 months as to ct 1 of the |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0085--CR (RRB)
"USA V DEAN BRYAN BOWER"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | Indictment.  Term of Imprisonment to run concurrent with the term of imprisonment in case A04-0084 CR (RRB).  Def remanded to the custody of the USM.  SR 3 years as to Ct 1 w/standard and special conditions.  SA $100.00.  cc: AUSA, FPD, USM,USPO, MJ BRANSON, DEF W/ CNSL CY, FLU, FINANCE |
| NOTE - 6 | 03/29/05 | Transmittal: Forwarded notice of appeal (46A-1) to 9CCA. |
| 49 - 1 | 03/29/05 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (46A-1) cc:USA, FPD, USM, PO, ECR, Judge Beistline, 9CCA (orignal) |
| 50 - 1 | 05/02/05 | [Re: DEF 1] PARTIAL Transcript of IOS (held 3/22/05). |
| 51 - 1 | 07/15/05 | USM Return of svc on judgment re: DEF 1 executed on 5/25/05 to FCI Sheridan at Sheridan, OR. |