UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __06/16/05__

To:                                                               ATTN: ( ) CIVIL
    **REDACTED**
                                                                         ( ) CRIMINAL

                                                                         (XXX) JUDGE

From:  Shari Fuhrer
       U.S. District Court
       222 West 7th Avenue, # 4
       Anchorage, Alaska 99513


DC No: __3:04-cr-00085-RRB__                    Appeal No: __05-30168__

Short title: __USA v Bower__

Composition of Record

Clerk's Files in __2__ volumes   (xxx) original   ( ) certified copy

    Bulky docs. ____ volumes, docket # ____
                           (folders)

Reporter's   in _____ volumes   ( ) original   ( ) certified copy
Transcripts

Exhibits:   in _____ envelopes   ( ) under seal

        in _____ boxes       ( ) under seal

Other: __1 Sealed volume__
      __Certified copy of ACMS and ECF docket enclosed__

(please note any documents filed under seal)


Acknowledgement: _____      Date: _____
"record.app" [11/21/97]