UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
**AMENDED** RECORD TRANSMITTAL FORM

Date: 06/19/06

To:  
    **REDACTED**

ATTN: ( ) CIVIL

    ( ) CRIMINAL
    (xxx) JUDGE

From: Shari Fuhrer
    U. S. District Court
    222 West 7th Avenue, #4
    Anchorage, Alaska 99513

DC No: 3:04-cr-00085-RRB      Appeal No: 05-30168

Short title: USA v Bower

Composition of Record

Clerk's Files in 2 volumes    (xx) original    ( ) certified copy

    Bulky docs. ___ volumes, docket # ___
        (folders)

Reporter's in ___ volumes    ( ) original    ( ) certified copy
Transcripts

Exhibits:    in ___ envelopes    ( ) under seal

    in ___ boxes    ( ) under seal

Other: **NOTE:1 Sealed volume**
    **(certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)

Acknowledgement: _____    Date: _____
"record.app" [11/21/97]