# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

RECEIVED

AUG 2 4 2006

CLERK, U.S. D........ COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DEAN BRYAN BOWER,<br><br>Defendant - Appellant. | No.  05-30168<br>D.C. No. CR-04-00085-a-RRB/AH<br><br><br><br>**JUDGMENT** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DEAN BRYAN BOWER,<br><br>Defendant - Appellant. | No.  05-30324<br>D.C. No.  CR-04-00084-a-RRB<br><br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 07/28/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 2 1 2006

by:
Deputy Clerk