NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
AUG 2 4 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FILED
JUL 28 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. DEAN BRYAN BOWER, Defendant - Appellant. | No. 05-30168 D.C. No. CR-04-00085-a-RRB/AH MEMORANDUM* |

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. DEAN BRYAN BOWER, Defendant - Appellant. | No. 05-30324 D.C. No. CR-04-00084-a-RRB |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, District Judge, Presiding

Argued and Submitted July 24, 2006
Anchorage, Alaska

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

Before: KOZINSKI, BERZON, and TALLMAN, Circuit Judges.

Soon after Bower submitted his opening brief, we published *United States v. Gourde*, 440 F.3d 1065 (9th Cir. 2006) (en banc). *Gourde* controls this case.

AFFIRMED.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 21 2006

by: [signature]
Deputy Clerk