RECORDS RETURN

RECEIVED

AUG 3 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

DATE:   August 28, 2006

TO:   UNITED STATES DISTRICT COURT
District of Alaska (Anchorage)

FROM:   U.S. COURT OF APPEALS, NINTH CIRCUIT

BY:   Redacted

TITLE:   **U.S.A. v. Bower**

CA No.   05-30168         DC No. 3:04-cr-00085-RRB

RECORD(S) RETURNED TO DISTRICT COURT:

TOTAL VOLUMES: 3

2   VOL. CLERK'S FILE(S)

    VOL. REPORTER'S TRANSCRIPT(S)

**Other**:   1 sealed volume

cc: Steve Seferian, CA09Records Unit, Clerk's Office, San Francisco